# EXHIBIT "A"

**LAW OFFICES OF JAMES C. DEZAO, P.A.**
Attorney ID: 019511985
322 Route 46 West
Suite 120
Parsippany, New Jersey 07054
(973) 808-8900
*Attorney for Plaintiff*

| | |
|---|---|
| ALICIA ARNONE<br><br>Plaintiff(s)<br><br>vs.<br><br>WALMART INC., WALMART STORES INC., WAL MART STORES EAST INC., WAL-MART STORES EAST I, LP, WALMART ASSOCIATES INC., JOHN DOE 1-5, MARY DOE 1-5, DOE CORPORATION 1-5<br><br>Defendant(s) | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: **BERGEN COUNTY**<br><br>DOCKET NO.: **BER-L-3051-21**<br>CIVIL ACTION<br><br>**SUMMONS** |

From The State of New Jersey To The Defendant(s) Named Above:
**Walmart Inc**
**150 Harrison Street**
**Kearny, NJ 07032**

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/pro se/10153_deptyclerklawref.pdf.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $175.00 and completed Case Information Statement) if you want the court to hear your defense. If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment. If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/prose/10153_deptyclerklawref.pdf.

DATED: 5-12-21                             /s/ Michelle M. Smith
                                           Clerk of the Superior Court

Name of the Defendant to be served:   **Walmart Inc**
Address for Service:                  **150 Harrison Street**
                                      **Kearny, NJ 07032**

**LAW OFFICES OF JAMES C. DEZAO, P.A.**
Attorney ID: 019511985
322 Route 46 West
Suite 120
Parsippany, New Jersey 07054
(973) 808-8900
*Attorney for Plaintiff*

| | |
|---|---|
| ALICIA ARNONE<br><br>Plaintiff(s)<br><br>vs.<br><br>WALMART INC., WALMART STORES INC., WAL MART STORES EAST INC., WAL-MART STORES EAST I, LP, WALMART ASSOCIATES INC., JOHN DOE 1-5, MARY DOE 1-5, DOE CORPORATION 1-5<br><br>Defendant(s) | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: **BERGEN COUNTY**<br><br>DOCKET NO.: **BER-L-3051-21**<br>CIVIL ACTION<br><br>**SUMMONS** |

From The State of New Jersey To The Defendant(s) Named Above:
**Walmart Stores Inc
150 Harrison Street
Kearny, NJ 07032**

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/pro se/10153_deptyclerklawref.pdf.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $175.00 and completed Case Information Statement) if you want the court to hear your defense. If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment. If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/prose/10153_deptyclerklawref.pdf.

DATED: 5-12-21

/s/ Michelle M. Smith
Clerk of the Superior Court

Name of the Defendant to be served: **Walmart Stores Inc**
Address for Service: **150 Harrison Street**
**Kearny, NJ 07032**

**LAW OFFICES OF JAMES C. DEZAO, P.A.**
Attorney ID: 019511985
322 Route 46 West
Suite 120
Parsippany, New Jersey 07054
(973) 808-8900
*Attorney for Plaintiff*

| ALICIA ARNONE<br><br>Plaintiff(s)<br><br>vs.<br><br>WALMART INC., WALMART STORES INC., WAL MART STORES EAST INC., WAL-MART STORES EAST I, LP, WALMART ASSOCIATES INC., JOHN DOE 1-5, MARY DOE 1-5, DOE CORPORATION 1-5<br><br>Defendant(s) | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: **BERGEN COUNTY**<br><br>DOCKET NO.: **BER-L-3051-21**<br>CIVIL ACTION<br><br>**SUMMONS** |
|---|---|

From The State of New Jersey To The Defendant(s) Named Above:
**Wal Mart Stores East Inc.**
**150 Harrison Street**
**Kearny, NJ 07032**

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/pro se/10153_deptyclerklawref.pdf.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $175.00 and completed Case Information Statement) if you want the court to hear your defense. If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment. If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/prose/10153_deptyclerklawref.pdf.

DATED: 5-12-21

/s/ Michelle M. Smith
Clerk of the Superior Court

Name of the Defendant to be served:  **Wal Mart Stores East Inc.**
Address for Service:  **150 Harrison Street**
**Kearny, NJ 07032**

**LAW OFFICES OF JAMES C. DEZAO, P.A.**
Attorney ID: 019511985
322 Route 46 West
Suite 120
Parsippany, New Jersey 07054
(973) 808-8900
*Attorney for Plaintiff*

| | |
|---|---|
| ALICIA ARNONE<br><br>Plaintiff(s)<br><br>vs.<br><br>WALMART INC., WALMART STORES INC., WAL MART STORES EAST INC., WAL-MART STORES EAST I, LP, WALMART ASSOCIATES INC., JOHN DOE 1-5, MARY DOE 1-5, DOE CORPORATION 1-5<br><br>Defendant(s) | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: **BERGEN COUNTY**<br><br>DOCKET NO.: **BER-L-3051-21**<br>CIVIL ACTION<br><br>**SUMMONS** |

From The State of New Jersey To The Defendant(s) Named Above:
**Wal-Mart Stores East I LP**
**150 Harrison Street**
**Kearny, NJ 07032**

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/pro se/10153_deptyclerklawref.pdf.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $175.00 and completed Case Information Statement) if you want the court to hear your defense. If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment. If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/prose/10153_deptyclerklawref.pdf.

DATED: 5-12-21

/s/ Michelle M. Smith
Clerk of the Superior Court

Name of the Defendant to be served:  **Wal-Mart Stores East I LP**
Address for Service:  **150 Harrison Street**
**Kearny, NJ 07032**

**LAW OFFICES OF JAMES C. DEZAO, P.A.**
Attorney ID: 019511985
322 Route 46 West
Suite 120
Parsippany, New Jersey 07054
(973) 808-8900
*Attorney for Plaintiff*

| | |
|---|---|
| ALICIA ARNONE<br><br>Plaintiff(s)<br><br>vs.<br><br>WALMART INC., WALMART STORES INC., WAL MART STORES EAST INC., WAL-MART STORES EAST I, LP, WALMART ASSOCIATES INC., JOHN DOE 1-5, MARY DOE 1-5, DOE CORPORATION 1-5<br><br>Defendant(s) | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: **BERGEN COUNTY**<br><br>DOCKET NO.: **BER-L-3051-21**<br>CIVIL ACTION<br><br>**SUMMONS** |

From The State of New Jersey To The Defendant(s) Named Above:
**Walmart Associates Inc.**
**150 Harrison Street**
**Kearny, NJ 07032**

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/pro se/10153_deptyclerklawref.pdf.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $175.00 and completed Case Information Statement) if you want the court to hear your defense. If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment. If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/prose/10153_deptyclerklawref.pdf.

DATED: 5-12-21                         /s/ Michelle M. Smith
                                       Clerk of the Superior Court

Name of the Defendant to be served:    **Walmart Associates Inc.**
Address for Service:                   **150 Harrison Street**
                                       **Kearny, NJ 07032**

**LAW OFFICES OF JAMES C. DEZAO, P.A.**
Attorney ID: 019511985
322 Route 46 West
Suite 120
Parsippany, New Jersey 07054
(973) 808-8900
*Attorney for Plaintiff*

| | |
|---|---|
| ALICIA ARNONE<br><br>Plaintiff(s)<br><br>vs.<br><br>WALMART INC., WALMART STORES INC., WAL MART STORES EAST INC., WAL-MART STORES EAST I, LP, WALMART ASSOCIATES INC., JOHN DOE 1-5, MARY DOE 1-5, DOE CORPORATION 1-5<br><br>Defendant(s) | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: **BERGEN COUNTY**<br><br>DOCKET NO.: **BER-L-**<br>CIVIL ACTION<br><br><br><br>**COMPLAINT AND JURY DEMAND** |

Plaintiff, Alicia Arnone, complaining of the Defendants, deposes and says:

## PARTIES

1. Plaintiff Alicia Arnone resides at 147 Grand Ave Apartment B in the Town of Leonia, County of Bergen and State of New Jersey.

2. Defendant Walmart Inc., whose primary business address is 174 Passaic Street, in the Town of Garfield, County of Bergen and State of New Jersey.

3. Defendant, Walmart Stores Inc., whose primary business address is 174 Passaic Street, in the Town of Garfield, County of Bergen and State of New Jersey.

4. Defendant, Wal Mart Stores East Inc., whose primary business address is 174 Passaic Street, in the Town of Garfield, County of Bergen and State of New Jersey.

5. Defendant, Wal-Mart Stores East I, LP, whose primary business address is 174

Passaic Street, in the Town of Garfield, County of Bergen and State of New Jersey.

6. Defendant, Walmart Associates Inc., whose primary business address is 174 Passaic Street, in the Town of Garfield, County of Bergen and State of New Jersey.

7. Fictitious Parties designated as John Doe 1-5, Mary Doe 1-5 and/or Doe Corporation 1-5, whose identities unknown to the Plaintiff, are who owned, occupied, and/or operated the property known as Walmart located at 174 Passaic Street, in the Town of Garfield, County of Bergen and State of New Jersey and/or were responsible for the care and maintenance of this property.

## FACTS COMMON TO ALL COUNTS

1. On or about June 3, 2019, Plaintiff was lawfully on the premises known as Walmart located at 174 Passaic Street, in the Town of Garfield, County of Bergen and State of New Jersey (hereinafter referred to as "subject premises").

2. The aforementioned Defendants owned, occupied, operated and/or maintained the subject premises.

3. The aforementioned Defendants were responsible for the care and maintenance of the subject premises.

4. On or about June 3, 2019, there existed a hazardous and dangerous condition on the subject property in the form of wet greasy substance in the isle.

5. Due to the hazardous condition, Plaintiff suffered both serious and permanent injuries.

## FIRST COUNT
## NEGLIGENCE

6. Plaintiff hereby reasserts and re-alleges the statements made in Paragraphs 1-5 as "the facts".

7. On or about June 03 2019, Plaintiff, Alicia Arnone, was lawfully upon the subject premises.

8. The Defendants, Walmart Inc., Walmart Stores Inc., Wal Mart Stores East Inc., Wal-Mart Stores East I, LP, Walmart Associates Inc., John Doe 1-5, Mary Doe 1-5, Doe Corporation 1-5, were responsible for the care and maintenance of the subject premises.

9. At the above time and place, Defendants, through their agents, servants, or employees, owned, operated, leased, maintained and/or controlled the subject premises.

10. At the above time and place, Defendants, through their agents, servants or employees owed to Plaintiff and others lawfully using the premises, the duty to use reasonable care to maintain and keep the premises in a safe condition, free from any defects, foreign substances or other deleterious matter and impediments which might cause injury to Plaintiff.

11. In violation of this duty, Defendants, through their agents, servants or employees, negligently, carelessly and in disregard of this duty, permitted the premises to become and remain in an unsafe condition and in such a manner as to create a nuisance and to render the premises unsafe for persons lawfully thereon, including plaintiff, who was caused to slip and fall on a wet greasy substance in the isle, sustaining serious personal injuries.

12. Defendants were negligent in that they:

(a) did not keep the premises is a safe condition;

(b) did not exercise proper care;

(c) caused a dangerous conditions to exist;

(d) allowed a nuisance to exist;

(e) failed to provide proper safeguards and/or warnings on the property;

(f) failed to provide proper, safe and clear access for persons allowed upon and invited to use the property;

(g) failed to keep the property free and clear

(h) was otherwise negligent in the maintenance of the premises.

13. Due to the foregoing, plaintiff was severely and permanently injured, suffered severe shock to her nervous system, has suffered and in the future will suffer great pain, was unable to attend to her usual occupation and activities and has, is and will in the future be compelled to expend large sums of money in an effort to cure herself of these injuries.

WHEREFORE, Plaintiff, Alicia Arnone, demands judgment against the Defendants, Walmart Inc., Walmart Stores Inc., Wal Mart Stores East Inc., Wal-Mart Stores East I, LP, Walmart Associates Inc., John Doe 1-5, Mary Doe 1-5, Doe Corporation 1-5 jointly, severally or in the alternative in the amount of her damages together with interest and costs of suit.

### SECOND COUNT
### ("Fictitious" Doe Defendants)

14. Plaintiff hereby reasserts and re-alleges the statements made in Paragraphs 1-13 as "the facts".

15. At the aforesaid time and place, Defendants, John Doe 1-5, Mary Doe 1-5, were

unknown person or persons whose actions caused and/or contributed, directly or indirectly, to the incident herein and the injuries and damages suffered by Plaintiff, Alicia Arnone.

16. At the aforesaid time and place, Defendants, Doe Corporation 1-5, was an unknown business, corporations and/or entities, whose agents, servant and/or employee's actions caused and/or contributed, directly or indirectly, to the incident herein and the injuries and damages suffered by Plaintiff, Alicia Arnone.

17. As a direct and proximate result of the aforesaid carelessness, recklessness and negligence of Defendants, John Doe 1-5, Mary Doe 1-5, Doe Corporation 1-5, Plaintiff, Alicia Arnone, was severely and permanently injured, suffered severe shock to her nervous system, has suffered and in the future will suffer great pain, was unable to attend to her usual occupation and activities and has, is and will in the future be compelled to expend large sums of money in an effort to cure her of these injuries.

18. WHEREFORE, Plaintiff, Alicia Arnone, demands judgment against the Defendants, Walmart Inc., Walmart Stores Inc., Wal Mart Stores East Inc., Wal-Mart Stores East I, LP, Walmart Associates Inc., John Doe 1-5, Mary Doe 1-5, Doe Corporation 1-5) jointly, severally or in the alternative in the amount of her damages together with interest and costs of suit.

DATE: 5-10-21

Law Offices of James C. DeZao, P.A.
Attorneys for Plaintiff(s)

By: _____
James C. DeZao, Esq.

## DEMAND FOR TRIAL BY JURY

Plaintiff hereby demands a trial by jury as to all issues.

## NOTICE OF TRIAL COUNSEL

Please take notice that James C. DeZao Esq. is hereby designated as Trial Counsel in the above-captioned matter for the firm of the Law Offices of James C. DeZao, PA, pursuant to Rule 4:25 et. seq.

## DEMAND FOR ANSWERS TO UNIFORM AND SUPPLEMENTAL INTERROGATORIES

**PLEASE TAKE NOTICE** that pursuant to Rule 4:17-1(b)(ii)(2), Plaintiff hereby demands answers to **Uniform Interrogatories Form C and Form C(2)** within sixty (60) days of the filing of Defendant's Answer to this Complaint.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Rule 4:17-1(b)(i)(1) and Rule 4:17-2, Plaintiff hereby demands answers to the attached **Supplemental Interrogatories** within sixty (60) days of the filing of Defendant's Answer to this Complaint.

## SUPPLEMENTAL INTERROGATORIES PERMITTED PURSUANT TO RULE 4:17-1(b)(i)

S1. State whether Defendant or anyone in Defendant's behalf has made or caused to be made any surveillance photographs, video tapes, movies or other recordings of the Plaintiff since the date of the accident, and if so, please state the date(s) upon which such surveillance photographs, video tapes, movies or other recordings were made, the name and address of the person taking or making such surveillance photographs, video tapes, movies or other recordings, what each surveillance photographs, video tapes, movies or other recordings depict. Pursuant to the Rules of Court, this interrogatory is deemed to be continuing and Plaintiff shall rely upon your answer to this interrogatory at the time of trial.

S2. If you contend or will contend that the permanency of Plaintiff's injuries should not be evidential or be considered by the finder of fact, state with detail and with particularity and specificity each and every basis of fact or law upon which you will rely to support such contention.

S3. State whether this Defendant <u>occupied</u> the premises where Plaintiff's incident occurred as of the date of Plaintiff's accident.

S4. If this Defendant did not own or occupy the premises where Plaintiff's accident occurred as of the date of the Plaintiff's accident, please state the name and address of the person, firm and/or corporation who did own and/or occupy the premises where Plaintiff's accident occurred as of the date of Plaintiff's accident.

S5. State whether this Defendant conducted any business on the premises where Plaintiff's accident occurred as of the date of Plaintiff's accident, and if so, set forth in detail and with particularity and specificity the nature of the business conducted.

S6. State whether any inspections or tests made of the accident site by Defendant, or anyone in Defendant's behalf, <u>subsequent</u> to the accident alleged by Plaintiff, and if so, please state the date of said inspection or test, an exact description of such inspection or test, the name, address and job title of the person who performed such inspection or test and the results of said inspection or test.

## CERTIFICATION

Pursuant to the requirements of Rule 4:5-1 (NOTICE OF OTHER ACTIONS), I, the undersigned, do hereby certify to the best of my knowledge, information and belief, that except as hereinafter indicated, the subject matter of the controversy referred to in the within pleading is not the subject of any other Cause of Action, pending in any other Court, or of a pending Arbitration Proceeding, nor is any other Cause of Action or Arbitration Proceeding contemplated;

1. <u>OTHER ACTIONS PENDING</u>?..............................YES ___ NO <u>X</u>

A. If YES - Parties to other Pending Actions.

B. In my opinion, the following parties should be joined in the within pending Cause of Action.

2. <u>OTHER ACTIONS CONTEMPLATED</u>?........................YES ___ NO <u>X</u>

A. If YES - Parties contemplated to be joined, in other Causes of Action.

3. <u>ARBITRATION PROCEEDINGS PENDING</u>?...................YES ___ NO <u>X</u>
A. If YES - Parties to Arbitration Proceedings.

B. In my opinion, the following parties should be joined in the pending Arbitration Proceedings.

4. <u>OTHER ARBITRATION PROCEEDINGS CONTEMPLATED</u>?........YES ___ NO <u>X</u>
A. If YES - Parties contemplated to be joined to Arbitration Proceedings.

In the event that during the pendency of the within Cause of Action, I shall become aware of any change as to any facts stated herein, I shall file an amended certification and serve a copy thereof on all other parties (or their attorneys) who have appeared in said Cause of Action.

**Law Offices of James C. DeZao, P.A.**
**Attorneys for Plaintiff(s)**

DATE: 5-10-21

By: _____
James C. DeZao, Esq.

# Civil Case Information Statement

**Case Details: BERGEN | Civil Part Docket# L-003051-21**

**Case Caption:** ARNONE ALICIA  VS WALMART INC
**Case Initiation Date:** 05/10/2021
**Attorney Name:** JAMES C DE ZAO III
**Firm Name:** JAMES C. DE ZAO, P.A.
**Address:** 322 US HWY 46 #120
PARSIPPANY NJ 07054
**Phone:** 9738088900
**Name of Party:** PLAINTIFF : ARNONE, ALICIA
**Name of Defendant's Primary Insurance Company**
(if known): CLAIMS MANAGEMENT INC

**Case Type:** PERSONAL INJURY
**Document Type:** Complaint with Jury Demand
**Jury Demand:** YES - 12 JURORS
**Is this a professional malpractice case?** NO
**Related cases pending:** NO
**If yes, list docket numbers:**
**Do you anticipate adding any parties (arising out of same transaction or occurrence)?** NO

**Are sexual abuse claims alleged by: ALICIA ARNONE?** NO

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE**
**CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION**

**Do parties have a current, past, or recurrent relationship?** NO

**If yes, is that relationship:**

**Does the statute governing this case provide for payment of fees by the losing party?** NO

**Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition:**


**Do you or your client need any disability accommodations?** NO
**If yes, please identify the requested accommodation:**


**Will an interpreter be needed?** NO
**If yes, for what language:**


**Please check off each applicable category: Putative Class Action?** NO  **Title 59?** NO  **Consumer Fraud?** NO

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

05/10/2021                                                                                                /s/ JAMES C DE ZAO III
Dated                                                                                                                         Signed